[No. 47169-8-II.   Division Two.   May 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK MITCHELL DETWILER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03686-1, Vicki L. Hogan, J., entered January 16, 2015. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Sutton, J.

[No. 47406-9-II.   Division Two.   May 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYZSHA LA SHA CANTLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-00876-1, Gary R. Tabor, J., entered March 4, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 47855-2-II.   Division Two.   May 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 15-1-00451-1, Stephen M. Warning, J., entered July 16, 2015. *Remanded* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Lee, JJ.

[No. 31862-1-III.   Division Three.   May 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BRUCE HAMBLETON, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 13-1-50015-8, Bruce A. Spanner, J., entered August 13, 2013. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Korsmo, J.